EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE WHITLEY SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF WHITLEY ) | | CAUSE NO. **92D01-2509-CT-000896** |

JUSTIN MAKOWSKI,

    Plaintiff,

v.

ULTRA ELECTRONICS DEFENSE INC.
d/b/a USSI-UNDERSEA SENSOR SYSTEMS,

    Defendants.

## COMPLAINT

Plaintiff, alleges against the Defendant that:

1. Plaintiff Justin Makowski is a resident of Columbia City Indiana and worked for Ultra Electronics Defense Inc., d/b/a USSI-Undersea Sensor Systems from about February 3, 2023, to about June 22, 2023.

2. Defendant Ultra Electronics Defense Inc. d/b/a USSI-Undersea Sensor Systems is a corporation doing business at 4868 Park 30, Columbia City, IN 46725. Its principal office address is 107 Church Hill Road, Unit GL-2, Sandy Hook, CT 06482. "USSI's" resident agent is CT Corporation System, 334 North Senate Ave. Indianapolis, IN 460204.

3. Plaintiff filed a Charge of Discrimination No. 470-2024-02896 with the EEOC on or about March 22, 2024. (Exhibit A). The EEOC issued a Determination of Charge/Notice of Right to Sue on or about June 27, 2025 (Exhibit B), and this Complaint is filed within 90 days after receipt thereof.

4. Plaintiff contends that he was discriminated against and discharged on account of his

–1–

EXHIBIT A

disability in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 et seq. ("ADA/ADAAA"). Plaintiff was a qualified individual with a disability in that he could, either with or without reasonable accommodations, perform the essential functions of his job or other available jobs at Defendant. Alternatively, Plaintiff was perceived and regarded by Defendant as being disabled, or Defendant discriminated against Plaintiff as a result of his record of impairment (serious back injuries/work injury to his elbow/arm and medical/workers compensation records related thereto). Plaintiff also alleges that he was retaliated against for trying to engage in the interactive process, attempting to get reasonable accommodations for his substantial impairments, and for reporting his work injury of June 7, 2023, as a work-related injury and attempting to get workers' compensation benefits (and thereafter suffering a *Frampton* retaliatory discharge). (See Charge of Discrimination, Exhibit A).

5. Within 2 weeks of suffering his work-related injury on June 7, 2023, Plaintiff was falsely accused of sexual harassment and was suspended on June 19, 2023. The pretextual reason given for the termination/eventual discharge (on June 22, 2023) was that Plaintiff allegedly sexually harassed a co-employee. But this reason is false, fictitious, phony, and pretextual. The real reason that Plaintiff was terminated was because he was disabled/perceived as having a disability/and had a record of impairment due to his workers compensation injury of medical issues which caused Defendant to view Plaintiff as being disabled -- all in violation of the ADA/ADAAA. In addition to these illegal reasons, Defendant terminated Plaintiff for getting hurt at

**EXHIBIT A**

work and requested workers' compensation benefits pursuant to the Indiana Workers Compensation Act (a retaliatory discharge under *Frampton*).

6. The actions of the Defendant were intentional, willful and wanton, malicious, and in reckless disregard of Plaintiff's federally protected civil rights under the ADA/ADAAA, and was in violation of the tort laws and public policies of the state of Indiana (Frampton), warranting payment of both compensatory damages and punitive damages. Plaintiff lost his job and job-related benefits, including income. He experienced financial distress, mental anguish, humiliation, embarrassment, inconvenience, and other damages and injuries.

WHEREFORE, Plaintiff prays for Judgment against the Defendant for compensatory damages, pecuniary damages, punitive damages, reasonable attorney fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

## VERIFICATION

I, Justin Makowski swear and affirm under the penalties for perjury that the above and foregoing representations are true and correct based upon my personal knowledge.

_____
Justin Makowski

—3—

**EXHIBIT A**

Respectfully submitted,

**MYERS & WALLACE, LLP**

*/s/Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
*Counsel for Plaintiff*

92D01-2509-CT-000896  
**EXHIBIT A**  
Whitley Superior Court

Filed: 9/23/2025 11:00 AM  
Clerk  
Whitley County, Indiana

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☑ EEOC | # 470-2024-02896 |

**Equal Employment Opportunity Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Justin Makowski | 260-610-0702 | 7-2-87 |

Street Address: 2419 E. Crampton Road, Columbia City, IN 46725

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| USSI – Undersea Sensor Systems | 50+ | 260-248-3500 |

Street Address: 4868 Park 30, Columbia City, IN 46725

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:  
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION  
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE  
Earliest: 6/7/23  Latest: 6/22/23  
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Justin Makowski, a qualified individual under the ADA who suffered from a serious health condition constituting a disability/perceived disability/record of impairment for purposes of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.* ("ADA"). In the alternative, Complainant suffered from a health condition/work injury for which he was entitled to the benefits and protections under the Indiana Worker's Compensation Act.

II. The Respondent is USSI – Undersea Sensor Systems, an Indiana corporation doing business at 4868 E. Park 30, Columbia City, IN 46725. At all material times to this Charge of Discrimination, the Respondent was an "employer" for purposes of the ADA and the Indiana Worker's Compensation Act.

EXHIBIT A

Continued on Page 2

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-22-2024  
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

Susan C. Neff

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS  
(month, day, year)  
March 22, 2024

SUSAN C. NEFF  
My Commission Expires  
January 4, 2032  
Commission Number NP0753679  
Adams County

**EXHIBIT A**

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

III. Complainant was employed by Respondent from on or about February 3, 2023 until his wrongful termination on or about June 22, 2023. Complainant performed within the reasonable expectations of the Respondent during his employment, and held the position of Assembly at the time of his separation from employment.

IV. Complainant suffered from a serious health condition that constituted a disability/perceived disability/record of impairment for which he underwent back surgery in early February 2023. That condition originated from a non-work related injury, and when left untreated, interfered with most of his everyday life and work activities. As a result of his back condition, Complainant was off of work for an extended period of time. Upon his return to work, Complainant sought and was granted light duty work as an accommodation for his back condition.

V. On June 7, 2023, Complainant suffered a work-related injury to his arm. Complainant promptly reported this injury to his supervisor. Complainant was directed to follow up with a doctor for his arm injury, and he complied.

VI. Within two (2) weeks of suffering the work injury, Complainant was falsely accused of sexual harassment, and suspended on June 19, 2023.

VII. The Respondent never provided Complainant any specifics as to the allegations against him. However, Complainant adamantly denies sexually harassing anyone or using any inappropriate language at work. Nevertheless, Complainant was terminated on June 22, 2023.

VIII. Complainant alleges that the proffered reason for termination was false and pretextual, and that in reality, Respondent discriminated against him and terminated him on the basis of his disability/perceived disability/record of impairment in violation of the ADA. Complainant also contends that he was discriminated against and terminated for getting hurt at work and utilizing Worker's Compensation benefits in violation of the Indiana Worker's Compensation Act.

IX. Respondent's unlawful and discriminatory conduct was the direct and proximate cause of Complainant suffering the loss of his job and job-related benefits, and subjected Complainant to inconvenience, mental anguish, emotional distress, and other damages and injuries.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3-22-2024
*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

Susan C. Neff

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

March 22, 2024

SUSAN C. NEFF
My Commission Expires
January 4, 2032
Commission Number NP0753679
Adams County

92D01-2509-CT-000896
EXHIBIT A
Whitley Superior Court

Filed: 9/23/2025 11:00 AM
Clerk
Whitley County, Indiana



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/27/2025

**To:** Justin Makowski
2419 E. Crampton Road
Columbia City, IN 46725
Charge No: 470-2024-02896

EEOC Representative and email:   TIFFANY JOURDAN
Enforcement Supervisor
Tiffany.Jourdan@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 470-2024-02896.

On behalf of the Commission,

Digitally Signed By:Richard Burgamy
06/27/2025

Richard Burgamy
Acting District Director

EXHIBIT
B