UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JUSTIN MAKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-531-ALT |
| ) | |
| ULTRA ELECTRONICS DEFENSE INC. ) | |
| d/b/a USSI-UNDERSEA SENSOR ) | |
| SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RESOLUTION

Plaintiff Justin Makowski, by counsel, hereby notify the Court of a negotiated settlement, agreed to on December 19, 2025. The parties will endeavor to file a Stipulation of Dismissal as soon as possible.

Date: December 19, 2025

Respectfully submitted,

*/s/ Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Phone: (260)424-0600
Fax: (260)424-0712
Email: cmyers@myers-law.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system and the foregoing was served on all counsel of record via the Court's CM/ECF system.

Thomas M. Kimbrough, #5414-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Phone:  260-423-9551
Fax:  260-423-8920
Email:  tmk@barrettlaw.com

>                             */s/ Christopher C. Myers*
>                             Christopher C. Myers